NOT FOR PUBLICATION

STATE OF LOUISIANA

COURT OF APPEAL, THIRD CIRCUIT

04-1201

MIDORI BHATI

VERSUS

DEO BHATI

\*\*\*\*\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
NINTH JUDICIAL DISTRICT COURT
PARISH OF RAPIDES, NO. 205,222
HONORABLE D. THADDEUS JOHNSON, PRESIDING

\*\*\*\*\*\*\*\*\*\*\*\*\*

**SYLVIA R. COOKS**
**JUDGE**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Court composed of Sylvia R. Cooks, Jimmie C. Peters, and J. David Painter, Judges.

Peters, J., concurs in the result.

**JUDGMENT VACATED AND**
**REMANDED**

Michael H. Davis
2017 MacArthur Drive
Building 4, Suite A
Alexandria, Louisiana 71301
(318) 445-3621
COUNSEL FOR PLAINTIFF/APPELLANT:
    Midori Bhati

Ralph W. Kennedy
1215 Texas Avenue
Alexandria, Louisiana 71301
(318) 445-5356
COUNSEL FOR DEFENDANT/APPELLEE:
    Deo Bhati